**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **RICHARD COUGHLIN**<br>FEDERAL PUBLIC DEFENDER | 1002 Broad Street<br>Newark, New Jersey 07102 | **CHESTER M. KELLER**<br>FIRST ASSISTANT |

(973) 645-6347   Telephone
(973) 645-6347   Facsimile

January 10, 2022

Filed ECF

Honorable Susan D. Wigenton
United States District Court Judge
U.S. Post Office & Courthouse
50 Walnut Street
Newark, N.J. 07101

                              Re:  United States v. Bennett
                                    No. 21-712

Dear Judge Wigenton:

     Please accept this letter regarding the above captioned matter and that a sentencing submission has been made to the Court on the defendant's behalf.

     Thank you for your consideration of this matter.

                              Respectfully,

                              s/John H Yauch
                              John H Yauch
                              Assistant Federal Public Defender

---